**No. 41250.**—Protests 914676–G, etc., of United American Bosch Corp. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of gas appliances and gas pilots similar to those the subject of C. D. 99. The claim at 27½ percent under paragraph 372 was therefore sustained.

**No. 41251.**—Protests 950681–G, etc., of United American Bosch Corp. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of gas appliances and gas pilots similar to those the subject of C. D. 99. The claim at 27½ percent under paragraph 372 was therefore sustained.

BEFORE THE THIRD DIVISION, MAY 8, 1939

**No. 41252.**—Protest 924875–G of Armand Schwab & Co., Inc. (New York).

Opinion by CLINE, J. It appeared that the paper hat bodies in question are imported from Japan; that 10 dozen hats were nested together, loosely wrapped in flimsy paper and packed in cotton bags which were in wooden cases; that the cases were marked but the hats, the paper, and the cotton bags bore no marks showing the country of origin of the hats. It was held that the flimsy papers loosely wrapped around the bundles of hats were not the immediate containers, but that the cotton bags were, under the rule adopted in Abstracts 40520 and 39517. As the cotton bags were not marked to indicate the country of origin of the articles the protest was overruled, on the authority of *Givaudan* v. *United States* (22 C. C. P. A. 115, T. D. 47104).

**No. 41253.**—Protest 883795–G of Abels Wasserberg & Co. (New York).

Opinion by CLINE, J. On the authority of *Burke* v. *United States* (T. D. 49359, affirmed in 26 C. C. P. A. 374, C. A. D. 44) and *Toledano Corp.* v. *United States* (C. D. 129) the protest was overruled.

MAY 4, 1939

**No. 41254.**—Protests 829140–G, etc., of Western Novelty Co. Abstract 40844. Application by plaintiff for rehearing granted.

MAY 5, 1939

**No. 41255.**—Protests 936186–G, etc., of American Express Co. C. D. 114. Application by Government for rehearing denied.